## UNITED STATES *v.* WM. J. HIRTEN CO., INC.

**No. 5513.**—Invoice dated Saumur, France, October 6, 1939.
Certified October 8, 1939.
Entered at New York, November 27, 1939.
Entry No. 756064.

(Decided November 26, 1941)

*Paul P. Rao*, Assistant Attorney General (*Daniel I. Auster*, special attorney), for the plaintiff.

*Puckhafer, Rode and Rode*, for the defendant.

TILSON, Judge: This appeal has been submitted without the introduction of any evidence by either party. The appeal is dismissed for

a lack of evidence upon which to find any value other than that found by the appraiser, the effect of which is to affirm the appraised value. Judgment will be rendered accordingly.